Vamsidhar VURIMINDI, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA COUNTY, and Judge Diane Anhalt, Respondents

No. 28 EM 2017

Supreme Court of Pennsylvania.

April 24, 2017

### ORDER

PER CURIAM

**AND NOW**, this 24th day of April, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

Robert W. HILL, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent

No. 26 EM 2017

Supreme Court of Pennsylvania.

April 24, 2017

### ORDER

PER CURIAM

**AND NOW**, this 24th day of April, 2017, the Petition for Leave to File Petition for

Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

BANK OF AMERICA, N.A., Respondent

v.

Rudolph Rufus SUTTON Jr., Petitioner

No. 24 EM 2017

Supreme Court of Pennsylvania.

April 24, 2017

### ORDER

PER CURIAM

**AND NOW**, this 24th day of April, 2017, the "King's Bench Matters Application for Extraordinary Relief" and the Application for Correction or Modification of the Record are **DENIED**.